No. 401, October Term, 1951. JOHANSEN *v.* UNITED STATES, 343 U. S. 427; and

No. 414, October Term, 1951. MANDEL, ADMINISTRATOR, *v.* UNITED STATES, 343 U. S. 427. The motions for leave to file briefs of (1) Herbert L. Johnson, and (2) Cora Mae Meyer, Administratrix, etc., as *amici curiae,* in Nos. 401 and 414; and briefs of (1) National Asso-

ciation of Claimants' Compensation Attorneys; (2) Melvin M. Belli and others; (3) B. A. Green; and (4) Seafarer's International Union, as *amici curiae,* in No. 414 are denied. The petitions for rehearing are denied.